1

395 P.3d 333

**STATE of Hawai'i, Respondent/Plaintiff-Appellee,**

v.

**Theodorico ERUM, Jr., Petitioner/Defendant-Appellant.**

SCWC-15-0000131

Supreme Court of Hawai'i.

May 19, 2017

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS (CAAP-15-0000131; CASE NO. 5DCC-14-0000212)

SUMMARY DISPOSITION ORDER

Vacate. Remand.

395 P.3d 333

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Jesus SALAS, Defendant-Appellant**

NO. CAAP-16-0000116

Intermediate Court of Appeals of Hawai'i.

May 24, 2017

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 14-1-0447)

MEMORANDUM OPINION

Vacate. Remand.

395 P.3d 333

**Thomas GILLIGAN and Sharon Gilligan, Plaintiffs-Appellees,**

v.

**Charles CARR and Carol Hall, Defendants-Appellants**

NO. CAAP-12-0000008

Intermediate Court of Appeals of Hawai'i.

May 25, 2017

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT (DC-CIVIL NO. 11-1-2941)

SUMMARY DISPOSITION ORDER

Affirmed.

395 P.3d 333

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Dennis GOUVEIA, Jr., Defendant-Appellant.**

NO. CAAP-16-0000466

Intermediate Court of Appeals of Hawai'i.

May 25, 2017

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT (FC-CR NOS. 08-1-1275, 09-1-2226, 12-1-1238, 12-1-1404)

SUMMARY DISPOSITION ORDER

Vacate. Remand.